**Order filed February 11, 2020**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00898-CR

————————

## EX PARTE WALTER D. ALLEN, JR.

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1339605A**

## O R D E R

On January 30, 2020, this court directed the Harris County District Clerk to file a supplemental clerk's record on or before February 10, 2020, containing **Petitioner's Objections** to the State's Proposed Findings of Fact, Conclusions of Law, and Order **filed on September 9, 2019**. A supplemental clerk's record was filed September 5, 2020, containing the State's Proposed Findings of Fact, Conclusions of Law and Order, signed by the trial court on September 19, 2019.

Accordingly, we direct the Harris County District Clerk to file a supplemental clerk's record on or before February 18, 2020, containing

**Petitioner's Objections to** the State's Proposed Findings of Fact, Conclusions of Law, and Order **filed on September 9, 2019**, on or before February 14, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.